UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church St.
New Haven
Telephone (203) 773-2350

*(5 minutes)* October 29, 2003

2:00 P.M.

*Held - 2:10pm*
*2:05*  3-02-cv-799  (JBA) Pure-Etch Co of CT v Envirite Corp

------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Joseph G. Fortner Jr. | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| ✓ Christopher John Hug | Robinson & Cole, 280 Trumbull St., Hartford, CT 860-275-8200 |
| David B. Losee | Halloran & Sage, One Goodwin Sq., 225 Asylum St., Hartford, CT 860-522-6103 |
| ✓ R. Timothy McCrum | Crowell & Moring, 1001 Pennsylvania Av., N.W., Washington, DC 202-624-2500 |
| ✓ Richard D. Robins | Parker, Milliken, Clark, O'Hara & Samuelian, 333 S. Hope St., 27th Fl., Los Angeles, CA 213-683-6575 |
| ✓ Michael D. Stevens | Parker, Milliken, Clark, O'Hara & Samuelian, 333 S. Hope St., 27th Fl., Los Angeles, CA 213-683-6575 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK