UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Pure-Etch

V.

Envirite Corp

Case Number: 3:02cv799(JBA)

FILED

U.S DISTRICT COURT
NEW HAVEN, CONN.

NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on 1/9/04 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 8, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, January 13, 2004.


KEVIN F. ROWE, CLERK

By: _P.A. Moore_
P.A. Moore
Deputy Clerk