## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| PURE-ETCH CO. OF CONNECTICUT, INC. and PURE-ETCH CO. : | APPEARANCE |
| : | |
| Plaintiff, : | CASE NUMBER: 302 CV 799 JBA |
| : | |
| vs. : | |
| : | |
| ENVIRITE CORPORATION, : | |
| : | |
| Defendant. : | |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

**PURE-ETCH CO. OF CONNECTICUT, INC. and PURE-ETCH CO.**

__June 17, 2002__  
Date

__ct23796__  
Connecticut Federal Bar Number

__(213) 683-6575__  
Telephone Number

__(213) 683-6669__  
Fax Number

__mstevens@pmcos.com__

_[signature]_  
Signature

Michael D. Stevens  
Print Clearly or Type Name

333 So. Hope Street, Suite 2700  
Address

Los Angeles, CA 90071

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Christopher J. Hug, Esq.  
ROBINSON & COLE LLP  
280 Trumbull Street  
Hartford, CT 06103

Attorneys for Envirite Corporation

_Patricia A. Ganett_  
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)